**Criminal Case Cover Sheet – U.S. District Court**

**Place of Offense:**
- City: Madison
- County/Parrish: Dane

**Related Case Information:**
- Superseding: 
- Docket Number: 
- Same Defendant: 
- New Defendant: 
- Magistrate Judge Case Number: 23-mj-41
- Search Warrant Case Number: 22-mj-67
- R 20 / R40 from District of: 

**Defendant information:**
- Matter to be Sealed: Yes ___ ✔ No
- Def. Name: Hridindu Sankar Roychowdhury
- Alias Name: 
- City/State: Madison, WI
- Year of Birth: 1994
- Last 4 digits of SSN: 7005
- Sex: Male
- Race: 

**U.S. Attorney Information:**
- ELIZABETH ALTMAN
- Bar #: 
- Interpreter: ✔ No ___ Yes
- List language and/or dialect: 

**Location Status:**
- Arrest Date: 
- ___ Already in Federal Custody as of: ___ in ___
- ___ Already in State Custody
- ___ On Pretrial Release

**U.S.C. Citations:**
- Total # of Counts: 1
- ___ Petty
- ___ Misdemeanor
  - ___ Class A
  - ___ Class B
  - ___ Class C
- ✔ Felony

| | Index Key/Code | Description of Offense Charged | Counts(s) |
|---|---|---|---|
| Set 1 | 18 USC § 844(i) | Causing damage by fire or an explosive | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |

**Date:** 3-31-2023    **Signature** /s/ ELIZABETH ALTMAN